```
            UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                   WESTERN DIVISION
                  No. 5:07-HC-2187-D
```

UNITED STATES OF AMERICA,   )
          Petitioner,       )
                            )
     v.                     )              ORDER
                            )
KEVIN LOU ENGLISH,          )
          Respondent.       )

This matter comes before the court on the United States' request (D.E. 40) for leave to file a sur-reply regarding Respondent's Motion to Withdraw Dr. Rosell as the Court Expert and for a Two Month Continuance to Retain His Own Expert. The request for leave is unopposed.

Petitioner's request for leave to file a sur-reply is GRANTED, and the sur-reply SHALL BE FILED NO LATER THAN July 29, 2011.

This 26th day of July, 2011.

James E. Gates
United States Magistrate Judge