THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2187-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| KEVIN LOU ENGLISH, | ) | |
| | ) | |
| Respondent. | ) | |

NOW COMES the Respondent, Kevin Lou English, by and through undersigned counsel, and moves the Court for an order dismissing the pending 18 U.S.C. § 4248 (hereinafter "the statute") action for the reason that the statute is unconstitutional in that it deprives the Respondent the Equal Protection of the Law and procedural and substantive Due Process of the Law.

The Respondent notes the Fourth Circuit has rejected the contention that §4248 violates the Due Process Clause. United States v. Comstock, 627 F.3d 513, 518, 524 (4th Cir. 2010). Counsel for the Respondent further notes that this court has experienced substantial litigation concerning the constitutionality of the statute and its' associated procedures and has rejected Due Process and Equal Protection contentions that may be identical to those being asserted by this Respondent. Those contentions have not been addressed by the United States Supreme Court and counsel accordingly asserts these challenges to preserve the Respondent's constitutional claims.

The Respondent further contends that the application of the statute violates the Respondent's protection against double jeopardy, denies him a fair trial as the burden of

1

proof in such matters is appropriately the "beyond a reasonable doubt" standard, may allow the Government to depose the Respondent thereby compelling him to be a witness against himself in violation of the Fifth Amendment, and creates a small class of persons- Federal detainees- that are subject to certification as sexually dangerous under the statute.

*The Respondent does not desire a hearing on these issues at the present time.*

Respectfully submitted, this 13th day of November, 2011.

/s/ Lawrence H. Brenner
Lawrence H. Brenner
State Bar No 14444
Brenner & Brenner, P.A.
PO Box 576
Oriental, NC 28571
PH. (252) 349-0662
FX. (252) 624-9237
lbrenner@brennerandbrenner.com

**CERTIFICATE OF SERVICE**

       THIS IS TO CERTIFY THAT THE UNDERSIGNED HAS PERSONALLY SERVED A COPY OF THE FOREGOING DOCUMENT ACCORDING TO THE APPLICABLE CIVIL PROCEDURE RULES OF THIS COURT, TO-WIT:

                    FIRST CLASS MAIL, POSTAGE PREPAID, CARE OF THE UNITED STATES POSTAL SERVICE AND ADDRESSED AS
____    SHOWN BELOW

____    PERSONAL (HAND) DELIVERY AS SHOWN BELOW

                    DELIVERY TO COURTHOUSE BOX (CRAVEN COUNTY CASES
____    ONLY)

_X_   CM/ECF (U.S. DISTRICT COURTS; U.S. COURTS OF APPEAL)

____    FACSIMILE TRANSMISSION AS SHOWN BELOW

____    UPS NEXT DAY DELIVERY / OTHER COURIER

____    OTHER:

DATE:  11/13/2011

                                     /s/ Lawrence H. Brenner
                                     LAWRENCE H. BRENNER

To:

G. Norman Acker, III
Asst. US Attorney, EDNC
310 New Bern Ave., Rm. 800
Raleigh, NC 27601
norman.acker@usjdoj.gov

Michael D. Brendenberg
Federal Medical Center
P.O. Box 1600
Butner, NC 27509
mbredenberg@bop.gov

R. A. Renfer, Jr.
Asst. US Attorney, EDNC
310 New Bern Ave., Rm. 800
Raleigh, NC 27601
rudy.renfer@usdoj.gov

Joshua B. Royster
Asst. US Attorney, EDNC
310 New Bern Ave., Rm. 800
Raleigh, NC 27601
Joshua.royster@usdoj.gov

Christine A. Kelley
Federal Bureau of Prisons
Federal Medical Center
P.O. Box 1600
Butner, NC 27509
C4Thompson@bop.gov